UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ19-555 and |
| Plaintiff, ) | CASE NO. CR19-248 JCC |
| ) | |
| v. ) | |
| ) | |
| KENNETH LORENZO PRATT, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| ) | |

<u>Offense charged</u>: Possession with Intent to Distribute a Controlled Substance

<u>Date of Detention Hearing</u>: December 5, 2019.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant comes before this Court pursuant to an Arrest Warrant issued by the United States District Court for the Eastern District of California (Case No. MJ19-211). He

was arrested in this District, and an Indictment has been filed charging him with additional drug trafficking and firearms offenses. (CR19-248 JCC).  Defendant has entered pleas of not guilty and trial has been set for February 3, 2020.  A status hearing on the Eastern District of California case has been set for the same date while the parties explore the possibility of resolving both cases in this District.

    2.    Defendant was not interviewed by Pretrial Services and does not contest detention.   His criminal record includes prior failures to appear.

    3.    Defendant poses a risk of nonappearance based on failures to appear, pending charges in another district, and unknown or unverified information.   Defendant poses a risk of danger based on the nature and circumstances of the offenses, and pending charges.

    4.    There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 5th day of December, 2019.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3